**Order entered January 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00727-CR

**JOHN EDWARD WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-83246-2017**

## ORDER

The State's second motion for an extension of time to file its brief is GRANTED, and the

State's tendered brief is hereby ordered filed in the above cause.

/s/     LANA MYERS
PRESIDING JUSTICE